# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER C. WELCH,<br><br>　　　　　　　Petitioner,<br>　vs.<br><br>RON KENAN - WARDEN,<br><br>　　　　　　　Respondent. | CASE NO. 06cv0421 DMS (BLM)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

　　　　On April 21, 2006, Petitioner Jennifer Welch ("Petitioner"), a state prisoner proceeding *pro se*, filed a first amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner asserts two claims for relief. First, she argues there was insufficient evidence to support the jury's finding that she personally inflicted great bodily injury on the victim. Second, Petitioner claims the trial court failed to provide the proper instructions to the jury on the element of personal infliction of great bodily injury in violation of her right to due process.

　　　　On January 11, 2007, Magistrate Judge Barbara L. Major issued a Report and Recommendation ("R&R"), recommending that the Court deny the Petition. Petitioner filed objections to the R&R on February 6, 2007. Pursuant to 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of those portions of the R&R to which Petitioner has filed objections. After a full and thorough review,

/ / /

/ / /

1  / / /

2  the Court adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ

3  of habeas corpus.  The Clerk of Court shall enter judgment accordingly, and terminate this case.

4  **IT IS SO ORDERED**.

5  DATED: May 17, 2007

6

7  HON. DANA M. SABRAW
   United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28